UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

768 BIRCH STREET PROJECT, LLC          Case No. 18-14225 TBM
                                       Chapter 11

     Debtor
_____

**MOTION FOR ENTRY OF ORDER APPROVING OF STIPULATION FOR
DISMISSAL PURSUANT TO SECTION 1112(b)**

_____

     COMES NOW the Debtor, by and through its attorney Kevin M. O'Shaughnessy, and Moves for Entry of an Order approving the terms of a Stipulation for Dismissal pursuant to Section 112(b) ("the Stipulation") between the Debtor and PFG Fund II, LLC (PFG)  and as grounds therefor state as follows:

    1.  The parties have reached an Agreement which is memorialized in a Stipulation, a copy of which is attached hereto as Exhibit 1.

    2.  The parties request entry of an Order approving the terms of the Stipulation. The Stipulation provides for dismissal of this case pursuant Section 1112 (b) of the Bankruptcy Code, subject to the terms set forth in the Stipulation.

     WHEREFORE, the Debtor requests entry of an Order approving the terms of the Stipulation.

Dated: July 12, 2018                     Respectfully submitted,


                                         /s/ Kevin M. O'Shaughnessy #14431
                                         1177 Grant St. #300
                                         Denver, CO 80203
                                         (303) 860-7333
                                         kevin@totalspeeed.com