<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case</strong></td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: 768 Birch Street Project, LLC     Case #:     18-14225-TBM

First Name    Middle Name    Last Name

Debtor 2: _____    Chapter: _____

First Name    Middle Name    Last Name

## Local Bankruptcy Form 9013-1.4
## Certificate of Contested Matter and Request for Hearing filed by Creditor Pine Financial Group, LLC

**Complete applicable sections.**

<strong>Part 1</strong>   **Certificate and Request for Hearing**

On **7/12/18, 768 Birch Street Project, LLC** (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, **Motion for Entry of Order Approving Stipulation for Dismissal Pursuant to Section 1112(b)** (the "Motion") at docket no. __48_ .  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on [7/12/18 and corrected 7/18/18 and 8/8/18].
2. **[complete if applicable]** Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on _____ **[month/day/year]**.
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. __**U.S. Trustee**_____ **[name of party]**, docket no., _55_ **[#]**;
   b. _____ **[name of party]**, docket no., _____ **[#]**;
4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no., _48____ **[#]**;
   b. the Notice, docket no., _49 & 51____ **[#]**;
   c. the Certificate of Service of the Motion and the Notice, docket no., _50, 53 & 54__ **[#]**;
   d. the Proposed Order, docket no., _48____ **[#]**; and
   e. the _____ **[title of other relevant document]**, docket no. _____ **[#]**.
5. Creditor Pine Financial Group, LLC made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: _Telephone conversations with movant's counsel in attempt to consensually resolve U.S. Trustee's objection. _____ **[manner of telephonic or in person conference]**.
6. **[complete if applicable]** Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: **Enforceability of Stipulation with Debtor and Pine Financial Group, LLC**
7. **[complete if applicable]** Resolution of this contested matter will require an evidentiary hearing.  Movant estimates the hearing will proceed as follows: **[complete or delete as applicable]**:
   a. _____ **[summary of the factual issues to be tried]**;
   b. _____ **[estimate of time required for hearing]**;
   c. _____ **[number of witnesses anticipated]**;
   d. _____ **[expert witness testimony requirements]**; and
   e. _____ **[necessary discovery and, the nature of, and time required for, discovery]**.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

**Part 2**  **Signature of Creditor's Counsel (if unpresented)**

Dated: ___9/14/18_____

By: ___s/Deanna L. Westfall_____
Signature

Bar Number (if applicable): ___23449_____
Mailing Address: _11101 W. 120th Ave, Ste 280,
Broomfield, CO 80026_____
Telephone number:  303-539-8607
Facsimile number: _____
E-mail address:  Deannaw@w-legal.com