**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>768 BIRCH STREET PROJECT, LLC,<br><br>Debtor. | Bankruptcy Case No. 18-14225 TBM<br>Chapter 13 |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

**IT IS HEREBY ORDERED** that the "Motion for Entry of Order Approving of Stipulation for Dismissal Pursuant to Section 1112(b)" (Docket No. 48) filed by the Debtor and the Objection thereto (Docket No. 55) filed by the United States Trustee, are set for a non-evidentiary hearing on a trailing docket before Judge Thomas B. McNamara on **Thursday, October 11, 2018, at 1:30 p.m. in Courtroom E**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202.  It is

**FURTHER ORDERED** that while the Court prefers in-person appearances, parties wishing to appear by telephone shall call 1-888-684-8852 before the scheduled time of the hearing. The Meeting ID for the conference call is 3187256, followed by the # sign. The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing.  In the event you are otherwise unable to connect after following the instructions provided above, please call the Team of the undersigned Judge at 720-904-7463 and leave a name, case number and a telephone number where you can be reached and the Court will return the call.  It is

**FURTHER ORDERED** that counsel for the Debtor shall meet and confer with counsel for the United States Trustee, no later than **October 1, 2018**, to discuss the Objection, the possibility of consensual settlement or resolution of the matter.  If a settlement or resolution of the motion is achieved, the parties shall promptly advise the Court and file an appropriate motion to vacate the hearing.  If no settlement or resolution is achieved, the parties shall be prepared at the hearing to confirm that they complied with the meet and confer requirement.

**NOTICE IS FURTHER GIVEN** that at the time of the hearing, the Parties shall be prepared to discuss the status and schedule of the case, present any legal issues related to the @, and advise the Court whether any factual issues require resolution through an evidentiary hearing.   If an evidentiary hearing is required, the parties shall be prepared to advise the Court regarding the timing of such hearing, discovery needed and time required to conduct such discovery, the amount of time required for an evidentiary hearing, and the number of witnesses they anticipate they will need to call.  If it is

necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/parties *shall bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 19th day of September, 2018.

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge